MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
BRIAN HULTGRENN
Special Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CR-13-6064-TOR

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

STEVEN EUGENE BROWN,

         Defendant.

INDICTMENT

Vio: Ct.1: 18 U.S.C. § 844(e) -
Willfully Making a Threat-
Explosive Materials

The Grand Jury charges:

### Count 1

On or about July 18, 2013, in the Eastern District of Washington, the defendant, STEVEN EUGENE BROWN, by means and use of an instrument of interstate commerce, to-wit, a telephone, did willfully make a threat and maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt to damage and destroy a building, vehicle, and other real

1

and personal property by means of an explosive, to-wit: communicating by telephone with Columbia Basin College and Town Square Media that bombs were going to detonate at the Columbia Basin College, in violation of Title 18, United States Code, Section 844(e).

DATED SEPTEMBER 10, 2013

A TRUE BILL

_____
Foreperson

MICHAEL C. ORMSBY
United States Attorney

*(signature)*

SHAWN N. ANDERSON
Assistant United States Attorney

*(signature)*

ALEXANDER C. EKSTROM
Assistant United States Attorney

BRIAN HULTGRENN
Special Assistant United States Attorney

2